# PROOF OF SERVICE

I, Kristin Clover, being a United States Citizen and over the age of 18 and not a party to this case, hereby declare that I served the following documents:

**SECOND AMENDED COMPLAINT**

On: Main Streat Marketing, LLC, a Utah limited liability company; and Jerrod Robker, an individual aka Jerrod McAllister; and Anton Ewing

By serving

Blank Rome LLP
Ana Tagvoryan, Esq.
Safia Hussain, Esq.
Yosef Mahmood, Esq.
2029 Century Park East, 6th Floor
Los Angeles, CA 90067

In the following manner:

__XX__ BY ELECTRONIG SERVICE VIA CM/ECF, I also hereby certify that I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California by using the Central District CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the USDC-Southern District of California CM/ECF system.

_____ By placing a true and correct copy of the same in the US mail, first class postage prepaid, on January 17, 2017.

___ By scanning and emailing the same to

___ By placing a true and correct copy of the same in the USA service pick up box at the federal district court

I declare under penalty of perjury that the above is true and correct.

Dated: 1/17/2017

_[signature]_

Kristin Clover, San Diego county Process Serving number 3105