```
 1  BLANK ROME LLP
    Ana Tagvoryan (SBN 246536)
 2  ATagvoryan@BlankRome.com
    Safia Gray Hussain (SBN 251123)
 3  SHussain@BlankRome.com
    Yosef A. Mahmood (SBN 295976)
 4  YMahmood@BlankRome.com
    2029 Century Park East, 6th Floor
 5  Los Angeles, CA  90067
    Telephone:  424.239.3400
 6  Facsimile:   424.239.3434
 7
    Attorneys for Defendants,
 8  MAIN STREAT MARKETING, LLC
    AND JERROD MCALLISTER
 9
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDINE OSGOOD, an individual; ANTON EWING, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MAIN STREAT MARKETING, LLC, a Utah limited liability company; JERROD ROBKER, an individual, aka JERROD MCALLISTER; DOES 1-100; ABC CORPORATIONS 1-100; XYZ, LLC's 1-100,<br><br>　　　　　　　　Defendants. | Case No. 3:16-cv-02415-GPC-BGS<br><br>Assigned to:<br>District Judge, Hon. Gonzalo P. Curiel<br>Magistrate Judge, Hon. Bernard G. Skomal<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS MAIN STREAT MARKETING, LLC AND JERROD MCALLISTER**<br><br>Date:　　　April 21, 2017<br>Time:　　　1:30 p.m.<br>Courtroom:  2D |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**
148950.00601/105054139V.1

TO THE COURT, MAIN STREAT MARKETING, LLC, JERROD JERROD MCALLISTER, AND ALL OTHER PARTIES:

PLEASE TAKE NOTICE THAT, on April 21, 2017 at 1:30 p.m., or as soon thereafter as counsel may be heard in Department 2D of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, counsel for Defendants Main Streat Marketing, LLC and Jerrod McAllister aka Jerrod Robker (collectively, "Defendants") will, and hereby do, move for an Order granting counsel leave to withdraw as attorneys of record for Defendants pursuant to Southern District Local Rule 83.3(f) and California Rules of Professional Conduct 3-700(C)(1)(d) and (f).

Good cause exists for this motion, as Defendants have ceased communicating with counsel and have not paid the expenses and fees incurred by counsel in defense of this action since its inception, as required by the parties' engagement agreement.

This motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Ana Tagvoryan, all pleading, papers and other documents on file in this action, and such further evidence or argument as the Court may require or properly consider at or before the hearing on this Motion.

Dated:   February 7, 2017

            BLANK ROME LLP

            By: */s/ Ana Tagvoryan*_____
               Ana Tagvoryan
               Safia Gray Hussain
               Yosef A. Mahmood
               Attorneys for Defendants
               MAIN STREAT MARKETING, LLC
               AND JERROD MCALLISTER