1  BLANK ROME LLP
   Ana Tagvoryan (SBN 246536)
2  ATagvoryan@BlankRome.com
   Safia Gray Hussain (SBN 251123)
3  SHussain@BlankRome.com
   Yosef A. Mahmood (SBN 295976)
4  YMahmood@BlankRome.com
   2029 Century Park East, 6th Floor
5  Los Angeles, CA  90067
   Telephone:  424.239.3400
6  Facsimile:   424.239.3434

7
   Attorneys for Defendants,
8  MAIN STREAT MARKETING, LLC
   AND JERROD MCALLISTER
9

10              **UNITED STATES DISTRICT COURT**

11             **SOUTHERN DISTRICT OF CALIFORNIA**

12
   CLAUDINE OSGOOD, an individual;        Case No. 3:16-cv-02415-GPC-BGS
13 ANTON EWING, an individual,
                                          Assigned to:
14                    Plaintiffs,         District Judge, Hon. Gonzalo P. Curiel
                                          Magistrate Judge, Hon. Bernard G.
15       vs.                              Skomal

16 MAIN STREAT MARKETING, LLC, a          **DECLARATION OF**
   Utah limited liability company; JERROD **ANA TAGVORYAN IN SUPPORT**
17 ROBKER, an individual, aka JERROD      **OF MOTION TO WITHDRAW AS**
   MCALLISTER; DOES 1-100; ABC            **ATTORNEY OF RECORD FOR**
18 CORPORATIONS 1-100; XYZ, LLC's 1-      **DEFENDANTS MAIN STREAT**
   100,                                   **MARKETING, LLC AND JERROD**
19                                        **MCALLISTER**
                     Defendants.
20                                        Date:         April 21, 2017
21                                        Time:         1:30 p.m.
                                          Courtroom: 2D
22

23

24

25

26

27

28

---

                    **DECLARATION OF ANA TAGVORYAN**

## DECLARATION OF ANA TAGVORYAN

I, Ana Tagvoryan, declare as follows:

1.      I am attorney licensed to practice law in the State of California and am a partner at Blank Rome LLP, counsel for Defendants Main Streat Marketing and Jerrod McAllister (also known as Jerrod Robker) (collectively, "Defendants"). All facts contained herein are within my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.      I am attorney of record for Defendants, who voluntarily engaged myself and Blank Rome LLP to represent them in this action by a signed engagement agreement.

3.      Pursuant to that agreement, Defendants agreed to pay our expenses and fees incurred in connection with defending this action, payable upon receipt of a monthly invoice.

4.      However, Defendants have not paid any of the invoices reflecting the fees and expenses incurred by counsel in defending this action since its inception.

5.      In both October 2016 and early November 2016, I cautioned Defendants by email that their failure to pay our outstanding invoices and lack of communication hindered our ability to represent them in this action, and that their failure to pay our invoices or participate in the action could result in our withdrawal.  I understand that Safia Hussain, another Blank Rome LLP attorney representing Defendants in this action, had similar discussions with Defendants by telephone in both early November 2016 and early December 2016.

6.      Since mid-November 2016, Defendants have becoming increasingly non-communicative and non-responsive to my telephone calls (including voicemails) and emails.  Recently, Defendants have completely stopped responding to my telephone calls and emails.  Ms. Hussain also has attempted to contact Defendants by telephone, leaving voicemails, and through email.

1

**DECLARATION OF ANA TAGVORYAN**

148950.00601/105054161v.1

Defendants also have not responded to Ms. Hussain's telephone calls, voicemails, or emails.

7.      On January 23, 2017, I emailed Defendants to inform them that failure to promptly pay our outstanding invoices would result in the initiation of withdrawal proceedings.  Defendants did not respond to my email.

8.      On January 30, 2017, I again emailed Defendants to inform them of our intent to withdraw as counsel in light of their failure to pay our outstanding invoices and because of our difficulty in communicating with them regarding this action.  I requested that Defendants seek substitute representation promptly and inform me of that substitute representation.  Defendants did not respond to my email.

9.      Because these communications with Defendants are privileged, I have not attached them to this declaration as exhibits, but will submit them to the Court *in camera* upon the Court's request.  I also can submit the engagement agreement *in camera* upon the Court's request.

10.     I remain willing to accept service of papers for forwarding purposes for a reasonable period of time while Defendants engage substitute counsel.

///
///
///
///
///
///
///
///
///
///

2

**DECLARATION OF ANA TAGVORYAN**

11.     Promptly upon filing the Notice of Motion to Withdraw as Attorney of Record for Defendants Main Streat Marketing, LLC and Jerrod McAllister, the accompanying Memorandum of Points and Authorities in support thereof, and this Declaration, I will cause such documents to be served upon Defendants by FedEx as set forth in the Proofs of Service.  I also will promptly send courtesy copies of the foregoing documents to Defendants to the email addresses I have on file.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of February 2017, in Los Angeles, California.


_____
ANA TAGVORYAN

**DECLARATION OF ANA TAGVORYAN**

148950.00601/105054161v.1