| | |
|---|---|
| 1 | BLANK ROME LLP |
| 2 | Ana Tagvoryan (SBN 246536)<br>ATagvoryan@BlankRome.com |
| 3 | Safia Gray Hussain (SBN 251123)<br>SHussain@BlankRome.com |
| 4 | Yosef A. Mahmood (SBN 295976)<br>YMahmood@BlankRome.com |
| 5 | 2029 Century Park East, 6th Floor<br>Los Angeles, CA  90067 |
| 6 | Telephone:  424.239.3400<br>Facsimile:   424.239.3434 |
| 7 | |
| 8 | Attorneys for Defendants,<br>MAIN STREAT MARKETING, LLC<br>AND JERROD MCALLISTER |
| 9 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDINE OSGOOD, an individual;<br>ANTON EWING, an individual, | Case No. 3:16-cv-02415-GPC-BGS |
| Plaintiffs, | Assigned to:<br>District Judge, Hon. Gonzalo P. Curiel<br>Magistrate Judge, Hon. Bernard G. Skomal |
| vs. | |
| MAIN STREAT MARKETING, LLC, a Utah limited liability company; JERROD ROBKER, an individual, aka JERROD MCALLISTER; DOES 1-100; ABC CORPORATIONS 1-100; XYZ, LLC's 1-100, | **CERTIFICATE OF SERVICE**<br><br>Date:         April 21, 2017<br>Time:        1:30 p.m.<br>Courtroom: 2D |
| Defendants. | |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On February 8, 2017, I served following documents entitled:

1. **NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS MAIN STREAT MARKETING, LLC AND JERROD MCALLISTER;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS MAIN STREAT MARKETING, LLC AND JERROD MCALLISTER; and**

3. **DECLARATION OF ANA TAGVORYAN IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS MAIN STREAT MARKETING, LLC AND JERROD MCALLISTER**

Said documents were served on the interested parties in this action, addressed and sent as follows:

**(SEE ATTACHED SERVICE LIST)**

☒ **BY ENVELOPE:** By placing the ☐ originals ☒ true copies thereof enclosed in sealed envelopes addressed as indicated and causing such envelope to be sent by:

☒ **BY FEDEX:** I deposited such envelopes in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

///

///

///

1
**CERTIFICATE OF SERVICE**

148950.00601/105074667v.1

and:

☒    **CM/EFC:** I caused said documents to be electronically filed with the Clerk of the United States District Court, Southern District of California, using CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System, as indicated on the attached Service List.

Executed on February 8, 2017, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Dia S. Alessi

## SERVICE LIST

Claudine Osgood
5771 Mission Center Road #104
San Diego, CA 92108
*(VIA FEDERAL EXPRESS)*

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
*(VIA CM/ECF)*

Jerrod McAllister
c/o Main Streat Marketing, LLC
1579 N. Main Street, Suite 110
Cedar City, UT 84721
*(VIA FEDERAL EXPRESS)*

Main Streat Marketing, LLC
1579 N. Main Street, Suite 110
Cedar City, UT 84721
*(VIA FEDERAL EXPRESS)*