| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | BLANK ROME LLP<br>Ana Tagvoryan (SBN 246536)<br>ATagvoryan@BlankRome.com<br>Safia Gray Hussain (SBN 251123)<br>SHussain@BlankRome.com<br>Yosef A. Mahmood (SBN 295976)<br>YMahmood@BlankRome.com<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067<br>Telephone: 424.239.3400<br>Facsimile: 424.239.3434<br><br>Attorneys for Defendants,<br>MAIN STREAT MARKETING, LLC<br>AND JERROD MCALLISTER |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDINE OSGOOD, an individual; ANTON EWING, an individual,<br><br>                 Plaintiffs,<br><br>vs.<br><br>MAIN STREAT MARKETING, LLC, a Utah limited liability company; JERROD ROBKER, an individual, aka JERROD MCALLISTER; DOES 1-100; ABC CORPORATIONS 1-100; XYZ, LLC's 1-100,<br><br>                 Defendants. | Case No. 3:16-cv-02415-GPC-BGS<br><br>Assigned to:<br>District Judge, Hon. Gonzalo P. Curiel<br>Magistrate Judge, Hon. Bernard G. Skomal<br><br>**NOTICE OF NON-COMPLIANCE BY PLAINTIFFS WITH ECF ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL** |

**NOTICE OF NON-COMPLIANCE**

148950.00601/105076163V.2

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

**PLEASE TAKE NOTICE** that, on February 7, 2017, Plaintiffs Anton Ewing and Claudine Osgood purported to electronically file, through the Court's Electronic Case Filing (ECF) system, a Joint Motion to Dismiss Case with Prejudice and Order Thereon Finding that Plaintiffs Are Not Vexatious Litigants as a Matter of Law (ECF No. 42) (the "Joint Motion"). Although the Joint Motion contains an electronic signature for Ana Tagvoryan, as "Attorney for Defendants," the Joint Motion fails to include a certification that the "content of the document is acceptable to all persons required to sign the document . . . or authorization for the electronic signatures of all parties on the document," as required by the Court's Electronic Case Filing Administrative Policies and Procedures Manual Section 2.f.4.

Nor could it, as Ms. Tagvoryan informed Mr. Ewing prior to Plaintiffs' filing of the Joint Motion that she did not consent to Mr. Ewing placing her electronic signature on the Joint Motion or any other document he intended to file in this matter. (Declaration of Ana Tagvoryan ("Tagvoryan Decl.") ¶¶ 6, 8 & Exs. A, B.) Mr. Ewing nonetheless filed the Joint Motion, including with Ms. Tagvoryan's unauthorized electronic signature, and told Ms. Tagvoryan to "take that up with the Court." (*Id.* ¶ 7 & Ex. C.)

Counsel for Defendants Main Streat Marketing, LLC and Jerrod McAllister (also known as Jerrod Robker) have filed a motion to withdraw as counsel for Defendants because, among other reasons, Defendants have stopped communicating with counsel and seeking counsel's advice and representation in this litigation, including any settlement and the subjects addressed in the Joint Motion. (ECF Nos. 44, 45.)[1] The Court has not yet addressed the motion to withdraw. To the extent that

---

[1] The motion to withdraw as counsel for Defendants initially was filed on February 7, 2017 (ECF Nos. 39, 40, 41), but because of technical computer corruption issues with the documents filed, was withdrawn (ECF No. 43) and refiled on February 8, 2017.

1
**NOTICE OF NON-COMPLIANCE**

a final settlement has been reached between Plaintiffs and Defendants, Defendants' counsel have not been privy to the settlement negotiations or terms.

Dated: February 9, 2017

                                        BLANK ROME LLP

                                        By: */s/ Ana Tagvoryan*
                                                Ana Tagvoryan
                                                Safia Gray Hussain
                                                Yosef A. Mahmood
                                                Attorneys for Defendants
                                                MAIN STREAT MARKETING, LLC
                                                AND JERROD MCALLISTER