Anton Ewing
3077 B Clairmont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claudine Osgood,<br>Anton Ewing ,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Jerrod McAllister, an individual aka Jerrod Robker,<br>Main Streat Marketing, LLC, a Utah limited Liability Company;<br>DOES 1-100;<br>ABC CORPORATIONS 1-100,<br>XYZ, LLC's 1-100<br><br>      Defendants. | Civil Case No.3:16-CV-02415-GPC-BGS<br><br>**NOTICE OF CRIMINAL VIOLATION OF B&P §6128 BY ATTORNEY ANA TAGVORYAN** |

TO THE HONORABLE DISTRICT JUDGE OF SAID COURT:

Plaintiff Anton Ewing, hereby notifies this Honorable Court that defendant's attorney, Ana Tagvoryan, has committed the criminal act of deceit[1] upon the Court in violation of California Business & Professions Code §6128 by declaring, under oath, that she informed Plaintiff Ewing that "Ms. Tagvoryan informed Mr. Ewing

---

[1] Tagvoryan has also violated B&P §6068(d) and Penal Code §118

NOTICE OF CRIMINAL VIOLATION OF B&P §6128 BY ATTORNEY TAGVORYAN- 1

prior to Plaintiffs' filing of the Joint Motion that she did not consent to Mr. Ewing placing her electronic signature on the Joint Motion or any other document he intended to file in this matter. (Declaration of Ana Tagvoryan ("Tagvoryan Decl.") ¶¶ 6, 8 & Exs. A, B.)"

This statement is false, fraudulent, perjured and deceitful. Plaintiff Ewing was not informed of any objection or non-consent prior to filing the Joint Motion to dismiss the case. The Court can see that the ECF filing time stamp was 10:53PM on 2/7/2015. Tagvoryan engages in deceit upon Court, a criminal act by an attorney, when she states, under penalty of perjury, that she objected BEFORE the Joint Motion was filed. The Court can further confirm and verify exactly when Plaintiff Ewing logged into ECF on Tuesday night. The email that Tagvoryan has attached as an exhibit is stamped at 1:44 AM on 2/8/2017. See ECF 47-3 page 2 of 2. Tagvoryan has lied to this Court. Tagvoryan has committed criminal deceit upon the Court. Tagvoryan has committed felony perjury under oath.

What is clear is that all parties have agreed to settle. The signed settlement agreement was emailed directly to chambers. It is also clear that Tagvoryan has not been paid a single dime and she is pissed off about that. She is so angry that she has violated the sacred oath that she swore to client. Tagvoryan has breached her client's attorney-client privilege and she has attempted to overtly harm her client.

Respectfully submitted,

Dated this 9th day of February, 2017

/S/ *Anton Ewing*
Anton Ewing,
Plaintiff in pro per

NOTICE OF CRIMINAL VIOLATION OF B&P §6128 BY ATTORNEY TAGVORYAN- 2