

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claudine Osgood, Anton Ewing<br><br>**Plaintiff,**<br>V.<br>Main Streat Marketing, LLC , Jerrod Robker, DOES 1-100, ABC Corporations 1-100, XYZ, LLC's 1-100<br>**Defendant.** | Civil Action No.   16-cv-2415-GPC-BGS<br><br>DEFAULT JUDGMENT<br>IN A CIVIL CASE |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Plaintiff Ewing's motion for default judgment in the amount of $15,000 under the TCPA and $25,000 under the CIPA. The Court DENIES Plaintiff Osgood's motion for default judgment.

Date:      8/20/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/  D. Gilbert

D. Gilbert, Deputy