UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
MAY 21 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Claudine Osgood
5771 Mission Center Road #104
San Diego, CA 92108

017  DTBAAAB 92108

910 NFE 1269318I0005/17/19
FORWARD TIME EXP   RTN TO SEND
OSGOOD
820 E RUBY LACE WAY
AZUSA CA 91702-8283
RETURN TO SENDER

Case 3:16-cv-02415-GPC-BGS Document 89 Filed 05/15/19 PageID.957 Page 1 of 1

# UNITED STATES DISTRICT COURT
## FOR THE Southern District of California
### San Diego

Claudine Osgood, et al.

Plaintiff,

v.

Case No.: 3:16-cv-02415-GPC-BGS
Judge Gonzalo P. Curiel

Main Streat Marketing, LLC, et al.

Defendant.

**NOTICE OF HEARING**

 Please take notice that the above-entitled action has been placed on the calendar of the Honorable Judge Gonzalo P. Curiel on 6/21/19 at 01:30 PM , in Courtroom 2D , at the U.S. District Courthouse – San Diego, California, as to Defendant(s) Claudine Osgood .

FOR DISMISSAL FOR WANT OF PROSECUTION under Rule 4(m) of the Federal Rules of Civil Procedure which provides that an action be dismissed as to all named defendants not served with the summons and complaint, absent a showing of good cause why such service was not made. The filing of a proof of service, showing that service was accomplished, seven (7) days prior to the above hearing date shall result in the removal of this matter from the courts calendar.

John Morrill,
Clerk of the Court

By: s/ K. Ridgeway, Courtroom Deputy