

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDINE OSGOOD, an individual<br>ANTON EWING, an individual<br><br>**Plaintiff,**<br>V.<br><br>Main Streat Marketing, LLC, a Utah limited liability company; Jerrod Robker, an individual aka Jerrod McAllister; DOES 1-100; ABC CORPORATIONS 1-100; XYZ, LLC's 1-100<br><br>**Defendant.** | Civil Action No.   16CV2415 GPC BGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court VACATES the hearing on June 21, 2019 and DISMISSES Plaintiff Claudine Osgood's claims in the second amended complaint. The Clerk of Court shall close the case.

**Date:**   6/4/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ D. Gilbert

D. Gilbert, Deputy