# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Gonzalo P. Curiel

| FROM:  J. Rinehart, Deputy Clerk | RECEIVED DATE:  June 10, 2020 |
|---|---|
| CASE NO.  16-cv-02415-GPC-BGS | DOC FILED BY:  James E. Shelton |
| CASE TITLE:  Osgood et al v. Main Streat Marketing, LLC et al ||
| DOCUMENT ENTITLED:  Acknowledgement of Assignment of Judgment ||

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.2 - Missing Proof of Service;

OTHER: LR 5(1)(h) – Filer is not a party to the case

Date Forwarded:  June 11, 2020

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated:  June 22, 2020

Hon. Gonzalo P. Curiel
United States District Judge