NUNC PRO TUNC
6/10/20

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
jamie@finalverdictsolutions.com

Assignee of Record, In Pro Per

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, | Case No.: 3:16-cv-02415-GPC-BGS |
| Plaintiff, | |
| vs. | |
| MAIN STREAT MARKETING, LLC, a Utah limited liability company; JERROD ROBKER, an individual aka JERROD MCALLISTER | ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT |
| Defendants | |

COMES NOW ANTON EWING, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the judgment was entered in this Court on August 20, 2018.

2) THAT Plaintiff was awarded the total amount of $40,000.00 against Defendants MAIN STREAT MARKETING, LLC and JERROD ROBKER aka JERROD MCALLISTER.

3) THAT there have been no renewals since the entry of said judgment by this court and that Plaintiff has received $1,000.00 of judgment from judgment debtor(s).

4) ANTON EWING is the judgment creditor of record.

5) THAT the last address of record for MAIN STREAT MARKETING, LLC, judgment debtor, is c/o Jerrod Robker, registered agent, 333 N. Main Street, Cedar City, UT 84721.

6) THAT the last address of record for JERROD ROBKER aka JERROD MCALLISTER, judgment debtor, is 333 N. Main Street, Cedar City, UT 84721.

7) THAT I, ANTON EWING, judgment creditor, hereby transfer, and assign all title, rights, and interest in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

8) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this ___9th___ day of ~~April~~ JUNE, 2020

_____
ANTON EWING
Judgment Creditor

Sworn and Subscribed to me this ___10th___ day of ___June___, 2020

_____
(Notary Seal)                                    Notary Signature

JOCELYN SEGURA
COMM. #2223715
Notary Public - California
San Diego County
My Comm. Expires Nov. 30, 2021

---

2
ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT
ANTON EWING V. MAIN STREAT MARKETING, LLC, ET. AL.