James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
e-mail: Jamie@finalverdictsolutions.com
(484) 312-3300

Assignee of Record, In Pro Per

FILED
NOV 15 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING<br><br>Plaintiff,<br><br>vs.<br><br>MAIN STREAT MARKETING, LLC, a Utah limited liability company; JERROD ROBKER, an individual aka JERROD MCALLISTER<br><br>Defendant | CASE NO.: 3:16-cv-02415-GPC-BGS<br><br>**ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT**<br><br>[C.C.P. § 673] |

COMES NOW JAMES E. SHELTON, the current Judgment Creditor and Assignee of Record in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the judgment was entered in this Court on August 20, 2018.

2) THAT Plaintiff Anton Ewing was awarded the amount of $40,000.00 against Defendants MAIN STREAT MARKETING, LLC and JERROD ROBKER aka JERROD MCALLISTER.

3) THAT there have been no renewals since the entry of said judgment and that Judgment Debtor(s) have paid the total amount of $1,215.20 towards the outstanding judgment.

4) On June 10, 2020, Plaintiff/Original Judgment Creditor, Anton Ewing, whose address is 3077 B Clairmont Drive, #372, San Diego, CA 92117, assigned all rights, title, and interest in the judgment to James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406.

5) JAMES E. SHELTON, whose address is 316 Covered Bridge Road, King of Prussia, PA 19406, is the current Judgment Creditor and Assignee of Record.

6) THAT the last known address of record for MAIN STREAT MARKETING, LLC, judgment debtor, is c/o Jerrod Robker, registered agent, 4143 West 975 South, Cedar City, UT 84720.

7) THAT the last known address of record for JERROD ROBKER aka JERROD MCALLISTER, judgment debtor, is 4143 West 975 South, Cedar City, UT 84720.

8) That I, JAMES E. SHELTON, judgment creditor, hereby transfer, and assign all title, rights, and interest in the judgment to the following person:

>ANTON EWING
>3077 B Clairmont Drive, #372
>San Diego, CA 92117

9) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, James E. Shelton are all of the assignor's rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

10) THAT I hereby irrevocably assign to and authorize Plaintiff/original judgment creditor and new Assignee, ANTON EWING, to recover, compromise, settle and enforce said judgment at his discretion.

11) Anton Ewing, 3077 B Clairmont Drive, #372, San Diego, CA 92117, is now the holder and owner of the judgment.

**SIGNATURE BLOCK ON FOLLOWING PAGE:**

Signed this 28th day of October, 2022

BY: *James E. Shelton*
JAMES E. SHELTON
Judgment Creditor

Sworn and Subscribed before me this ___28th___ day of ___October___, 2022

*Analice Harrison*

(Notary Seal)                                   Notary Signature

> Commonwealth of Pennsylvania - Notary Seal
> Analice Harrison, Notary Public
> Montgomery County
> My commission expires July 29, 2023
> Commission number 1292316
>
> Member, Pennsylvania Association of Notaries

---

ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT
ANTON EWING V. MAIN STREAT MARKETING, LLC, ET. AL
-3-

| | |
|---|---|
| 1 | James E. Shelton |
| 2 | 316 Covered Bridge Road |
|   | King of Prussia, PA 19406 |
|   | e-mail: Jamie@finalverdictsolutions.com |
| 3 | (484) 312-3300 |
| 4 | Assignee of Record, In Pro Per |

1  James E. Shelton
   316 Covered Bridge Road
2  King of Prussia, PA 19406
   e-mail: Jamie@finalverdictsolutions.com
3  (484) 312-3300

4  Assignee of Record, In Pro Per

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING | CASE NO.: 3:16-cv-02415-GPC-BGS |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| MAIN STREAT MARKETING, LLC, a Utah limited liability company; JERROD ROBKER, an individual aka JERROD MCALLISTER | |
| Defendants | |

I am over the age of 18 and I am not a party to this matter. My address is 316 Covered Bridge Road, King of Prussia, PA 19406. On October 28, 2022, I served, in the manner indicated below, the document described as ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT on the following parties, as follows:

| Mailed by U.S. Regular Mail: | |
|---|---|
| Jerrod Robker<br>4143 West 975 South<br>Cedar City, UT 84720 | Judgment Debtor |
| Main Streat Marketing, LLC<br>4143 West 975 South<br>Cedar City, UT 84720 | Judgment Debtor |
| Anton Ewing<br>3077 B Clairmont Drive, #372<br>San Diego, CA 92117 | Plaintiff, In Pro Per |

☒ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at King of Prussia, Pennsylvania, with postage thereon fully prepaid.

☐ BY CERTIFIED MAIL, WITH RETURN RECEIPT REQUESTED

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)).

☐ BY ELECTRONIC SERVICE.

☐ BY OVERNIGHT COURIER: I caused such envelopes to be delivered by courier, with next day service, to the offices of the addresses. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the address(es) (C.C.P. § 1011(a)(b)), as indicated on the service list.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. I am executing this Proof of Service on October 28, 2022, in King of Prussia, Pennsylvania.

*Susan D. Shelton*
SUSAN D. SHELTON

- 2 -
PROOF OF SERVICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT
EWING V. MAIN STREAT MARKETING, LLC, ET. AL



